# United States District Court
# Central District of California

| | |
|---|---|
| SPORTSPOWER, LTD,<br><br>        Plaintiff,<br><br>    v.<br><br>HAYNEEDLE, INC; DOES 1-10,<br><br>        Defendants. | Case No. 2:14-cv-01355-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 44), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than March 6, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar, including the Claim Construction Hearing on January 30, 2015. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

January 21, 2015

                                                          _____
                                                              **OTIS D. WRIGHT, II**
                                                      **UNITED STATES DISTRICT JUDGE**